1
04/04/00
Complaint



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

NELSON BALLADARES, an individual,
    Plaintiff,

vs.

Case No.: 00-
FBN: 0780715

CITY OF HIALEAH, a Municipal Corporation,
OFFICER WILLIE LEONARD,
    Defendants.
_____/

## COMPLAINT

COMES NOW the Plaintiff, Nelson Balladares (hereinafter referred to as "Nelson"), by and through his undersigned counsel and files this COMPLAINT, sues Defendants, City of Hialeah, a municipal Corporation (hereinafter referred to as "City of Hialeah") and Officer Willie Leonard (hereinafter referred to as "Leonard") and states as follows:

### GENERAL ALLEGATIONS

This is a civil action pursuant to 42 U.S.C. section 1983 seeking damages against Defendant, Leonard for committing acts, under color of law, which deprived Plaintiff of rights secured under the Constitution and laws of the United States. Pursuant to this statute it is alleged that Defendant, Leonard: deprived Plaintiff of his liberty without due process of law and made an unreasonable search and seizure of Plaintiff, thereby depriving Plaintiff of his rights, privileges and immunities as guaranteed by the Fourth, Fifth and Fourteenth Amendments to the Constitution of the United States. Plaintiff also brings related pendant claims pursuant to State Law against Defendants, City of Hialeah and Leonard for False Imprisonment.

2
04/04/00
Complaint

## JURISDICTION

1. This action is brought pursuant to the provisions of 42 U.S.C. section 1983 and 1988. Jurisdiction is based upon the provisions of 28 U.S.C. sections 1331, 1343 as well as the supplemental jurisdiction of this Court, as codified in 28 U.S.C. section 1367. All the acts complained of occurred in Dade County, Florida, making venue in the Southern District of Florida, Miami, Division, proper. All conditions precedent to the institution of this action have been satisfied or have been waived.

## **PARTIES**

2. Plaintiff, Nelson, is and was at all times material a resident of Dade County, Florida and a citizen of the United States.

3. Defendant, City of Hialeah, is a municipality existing pursuant to Florida law and a political subdivision of the State of Florida. The Defendant, City of Hialeah, maintained and operated a police department known as the City of Hialeah Police Department for which the individual Defendant, at all material times, was employed.

4. Defendant, Leonard, is and was at all times material, an officer with the City of Hialeah Police Department.

5. At all times material all Defendants, except as set forth below, were acting within the scope of their respective employment and pursuant to the laws, customs, ordinances, policies and practices of the City of Hialeah Police Department. All Defendants, except as set forth below, were acting at all material times under color of State Law.

```
7
04/04/00
Complaint
```

and in anticipation of getting him as a witness to testify against Carlos Davila. These actions were wholly arbitrary and without any justification.

20. As a direct and proximate result of this act of depriving Plaintiff, Nelson, of this liberty, Plaintiff, Nelson, sustained injuries, both physical and emotional, and suffered great mental anguish, embarrassment, humiliation, deprivation of liberty and disgrace as well as injury to his reputation.

21. Plaintiff reserves the right to amend this Complaint for damages to include a claim for punitive damages after a proffer has been made and approved by this Honorable Court pursuant to Fla. Stat. section 768.72.

Wherefore, Plaintiff, Nelson, demands judgment for damages against Defendant, Leonard, in an amount within the jurisdictional limits of the Court, exclusive of interest and costs; and demands a trial by jury of all issues triable as of right by jury.

Respectfully Submitted,

Law Offices of Joseph S. Shook, Esq.
and Associates,

BY: _____
Joseph S. Shook, Esq.
75 Valencia Ave., # 4th Floor
Coral Gables Fl, 33134
Phone (305) 446-4177
FBN: 0780715

1
04/04/00
Complaint

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### Miami Division

NELSON BALLADARES, an individual,
    Plaintiff,

vs.

Case No.: 00-
FBN: 0780715

CITY OF HIALEAH, a Municipal Corporation,
OFFICER WILLIE LEONARD,
    Defendants.
_____/

### EXHIBIT "A"

1. Letter to city of Hialeah and Return receipt.

LAW OFFICE OF

# JOSEPH S. SHOOK & ASSOCIATES

75 VALENCIA AVENUE
4TH FLOOR
CORAL GABLES, FLORIDA 33134

PHONE: (305) 446-4177
FAX: (305) 446-4565

June 10, 1999

U.S. FEDERAL COURT, S.D., FL.
PA STATE BAR

The City of Hialeah
Mayor Raul Martinez
501 Palm Ave.
Hialeah FL, 33010

**CERTIFIED/RETURN RECEIPT**

Re: Notice of Claim by Mr. Nelson Balladares, against the City of Hialeah, Florida and its agents: Police officers of the City of Hialeah, for damages for a 42 USC section 1983 violation, assault/battery, negligence, false arrest/imprisonment and malicious prosecution pursuant to Florida Statute section 768.28 (6)(a).

Dear Honorable Martinez:

    This office represents Mr. Nelson Balladares relative to injuries he sustained as a result of the actions and omissions of the City of Hialeah, Florida and its agents: Police officers of the City of Hialeah, Florida. These actions and omissions are in violation of 42 USC 1983 and represent actions constituting assault/battery, negligence false arrest/imprisonment and malicious prosecution.

    On April 24, 1999, Mr. Nelson Balladares was battered, accosted, harassed, threatened, deprived of his liberty and humiliated by the City of Hialeah Police. This unlawful action by the City of Hialeah and its agents was accomplished without any justification for the force used and without any reasonable justification for the arrest. The City of Hialeah, through their agent's abuse of authority, caused Mr. Balladares to suffer permanent injury and experience extreme mental pain and anguish from the arrest without cause. Mr. Balladares was jailed for days and treated as an animal as a result of this baseless arrest and harassment. To this day he suffers the humiliation, fear, and anguish that were attendant with the brutal and false arrest.

    We hereby make a demand for the statutory limit of damages in the amount of $100,000.00.

Sincerely,

Joseph S. Shook, Esq.
J.S.S.:a.a.:

| SENDER: | I also wish to receive the following services (for an extra fee): |
|---|---|
| ☐ Complete items 1 and/or 2 for additional services.<br>Complete items 3, 4a, and 4b.<br>☐ Print your name and address on the reverse of this form so that we can return this card to you.<br>☐ Attach this form to the front of the mailpiece, or on the back if space does not permit.<br>☐ Write *Return Receipt Requested* on the mailpiece below the article number.<br>☐ The Return Receipt will show to whom the article was delivered and the date delivered. | 1. ☐ Addressee's Address<br>2. ☐ Restricted Delivery |

| 3. Article Addressed to: | 4a. Article Number |
|---|---|
| The City of Hialeah<br>Mayor Rau Martinez<br>Sr. Alcalde<br>Hialeah, FL, 33010 | Z 331 974 358 |
| | 4b. Service Type |
| | ☐ Registered  ☒ Certified |
| | ☐ Express Mail  ☐ Insured |
| | ☐ Return Receipt for Merchandise  ☐ COD |
| | 7. Date of Delivery  2/11/99 |
| 5. Received By. (Print Name) | 8. Addressee's Address (Only if requested and fee is paid) |
| 6. Signature (Addressee or Agent)<br>[signature] | |

PS Form **3811**, December 1994          102595-99-B-0223    Domestic Return Receipt

1
04/04/00
Complaint

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### Miami Division

NELSON BALLADARES, an individual,
    Plaintiff,

vs.

Case No.: 00-
FBN: 0780715

CITY OF HIALEAH, a Municipal Corporation,
OFFICER WILLIE LEONARD,
    Defendants.
_____/

## EXHIBIT "B"

1. Letter to State Department of Insurance, Insurance Commissioner and Return receipt.

LAW OFFICE OF

# JOSEPH S. SHOOK & ASSOCIATES

75 VALENCIA AVENUE
4TH FLOOR
CORAL GABLES, FLORIDA 33134

PHONE: (305) 446-4177
FAX: (305) 446-4565

U.S. FEDERAL COURT, S.D., FL
PA STATE BAR

June 10, 1999

State Department of Insurance
Att.: Insurance Commissioner
The Capitol,
Tallahassee FL, 32399-0300
(904)922-3100

**CERTIFIED/ RETURN RECEIPT**

**Re: Notice of Claim by Mr. Nelson Balladares against the City of Hialeah and its agents: Police officers of the City of Hialeah, for damages for a 42 USC 1983 violation, negligence, assault/battery, false arrest/imprisonment and malicious prosecution pursuant to Florida Statute section 768.28(6)(a).**

Dear Commissioner:

This office represents Mr. Nelson Balladares relative to injuries he sustained as a result of the actions and omissions of the City of Hialeah, FL and its agents. Police Officers of the City of Hialeah. These actions and omissions are in violation of 42 USC 1983 and represent actions constituting assault/battery, negligence, false arrest/imprisonment and malicious prosecution.

On April 24, 1999, Mr. Balladares was harassed, threatened, battered and wrongfully deprived of his liberty by the Police officers of the City of Hialeah. This unlawful action by the City of Hialeah and its agents was accomplished without any justification for the force used and without any reasonable justification for the arrest. The City of Hialeah, through their agent's abuse of authority, caused Mr. Balladares to suffer permanent injury and experience extreme mental pain and anguish from the arrest without cause. Mr. Balladares was jailed for days and treated as an animal as a result of this baseless arrest and harassment. To this day he suffers the humiliation, fear, and anguish that were attendant with the brutal and false arrest.

We hereby make a demand for the statutory limit of damages in the amount of $100,000.00.

Sincerely,

Joseph S. Shook, Esq.
J.S.S.:a.a.:

| SENDER: | | I also wish to receive the following services (for an extra fee): |
|---|---|---|
| □ Complete items 1 and/or 2 for additional services.<br>　Complete items 3, 4a, and 4b.<br>□ Print your name and address on the reverse of this form so that we can return this card to you.<br>□ Attach this form to the front of the mailpiece, or on the back if space does not permit.<br>□ Write 'Return Receipt Requested' on the mailpiece below the article number.<br>□ The Return Receipt will show to whom the article was delivered and the date delivered. | | 1. □ Addressee's Address<br>2. □ Restricted Delivery |
| 3. Article Addressed to:<br><br>State Dept Insurance<br>Ins. Commissioner<br>The Capitol<br>~~DEPT OF INSURANCE~~ 37399-0300<br>　　~~SURER~~ | 4a. Article Number<br>Z 331 972 259<br>4b. Service Type<br>□ Registered　　　　☑ Certified<br>□ Express Mail　　　 □ Insured<br>☑ Return Receipt for Merchandise　□ COD | |
| | 7. Date of Delivery<br>JUN 14 1999 | |
| 5. Received By: (Print Name)<br>　MARSHAL | 8. Addressee's Address (Only if requested and fee is paid) | |
| 6. Signature (Addressee or Agent)<br>[signature] | | |
| PS Form 3811, December 1994 | 102595-99-B-0223　Domestic Return Receipt | |

Is your RETURN ADDRESS completed on the reverse side?

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I (a) PLAINTIFFS
MR. NELSON BALLADARES

## DEFENDANTS
CITY OF HIALEAH AND WILLIE LEONARD

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF:** DADE
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT:** DADE
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

A-Dade 00cv-01284 SH/Garber

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER):**
JOSEPH S. SHOOK, ESQ. AT 75 VALENCIA AVE, 4TH FL.
CORAL GABLES FL, 33134 (305) 0446-4177

**ATTORNEYS (IF KNOWN)**

**(d) CIRCLE COUNTY WHERE ACTION AROSE:**
**DADE**, MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

## II. BASIS OF JURISDICTION
(PLACE AN X ONE BOX ONLY)
- ☐ 1. U.S. Government Plaintiff
- ☒ 3. Federal Question (U.S. Government Not a Party)
- ☐ 2. U.S. Government Defendant
- ☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Case Only)
(PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated of Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

42 USC 1983

**IVa. 3 days estimated (for both sides) to try entire case**

## V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

| A CONTACT | A TORTS | B FORFEITURE PENALTY | A BANKRUPTCY | A OTHER STATUS |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 States Reappointment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **A PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 362 Personal Injury-Med Malpractice | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. B |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 365 Personal Injury-Product Liability | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) B | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **B SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits B | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholder's Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending B | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12USC3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | ☐ 385 Property Damage Product Liability | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **B PRISONER PETITIONS** | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | **A FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure B | ☐ 442 Employment | Habeas Corpus | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General * | ☐ 871 IRS-Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☒ 440 Other Civil Rights | ☐ 540 Mandamus & Other * | | ☐ 890 Other Statutory Actions * |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights * A or B | | * A or B |

Other forfeiture/penalty: ☐ 710 Fair Labor Standards Act; ☐ 720 Labor Management Relations B; ☐ 730 Labor Management Reporting & Disclosure Act; ☐ 740 Railway Labor Act; ☐ 790 Other Labor Litigation; ☐ 791 Employee Ret. Inc. Security Act B; ☐ 690 Other

## VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)
- ☒ 1. Original Proceeding
- ☐ 2. Removed From State Court
- ☐ 3. Remanded from Appellate Court
- ☐ 4. Refiled
- ☐ 5. Transferred from another district (Specify)
- ☐ 6. Multidistrict Litigation
- ☐ 7. Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT
CHECK IF THIS IS A CLASS ACTION ☐ UNDER F.R.C.P. 23
DEMAND $
Check YES only if demanded in complaint:
JURY DEMAND: ☒ YES  ☐ NO

## VIII. RELATED CASE(S) IF ANY
(See Instructions):
JUDGE _____  DOCKET NUMBER _____

DATE: 4/4/00
SIGNATURE OF ATTORNEY OF RECORD: [signature]